# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2007

132055

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALLEN BARBARICH,
        Plaintiff-Appellee,

v

CIVIC PROPERTY &
CASUALTY COMPANY,
        Defendant-Appellant.

SC: 132055
COA: 264986
Wayne CC: 05-509552-CZ

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2007

_____
Clerk

l0109